IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

|  |  |  |
|---|---|---|
| IN RE: ALICIA MERRITT | : : : : | File No. 5:21-mj-65 (CHW) |

## ORDER APPOINTING COUNSEL

The above-named ALICIA MERRITT has been notified by the United States Attorney that she is the subject of an investigation for criminal activity in the Macon Division of this Court. The Subject has requested the appointment of counsel for purposes of exploring a pre-indictment resolution of the matter, and the Court finds that the Subject has a Sixth Amendment right to representation of counsel in connection with the referenced investigation.

Upon consideration of the Subject's request for appointment of legal counsel, and upon review of the Financial Affidavit, the Court has determined that the Subject is financially unable to obtain adequate legal representation, authorizing the court to provide counsel pursuant to provisions of the Criminal Justice Act of 1964, 18 U.S.C. § 3006A, *et seq*.

Accordingly, The Federal Defenders of the Middle District of Georgia, Inc., is hereby appointed to represent the legal interests of ALICIA MERRITT related to the investigation referenced in the United States Attorney's target letter.

**SO ORDERED**, this 11th day of August, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge