IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 5:22-CR-00016-TES** |
| : | |
| **ALICIA MERRITT,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and respectfully submits this Motion to Unseal, requesting that the above-referenced case be unsealed in its entirety.

Respectfully submitted, this 25th day of March, 2022.

                        PETER D. LEARY
                        UNITED STATES ATTORNEY

BY:   */s/ Joy Odom*
        JOY ODOM
        Assistant United States Attorney
        Georgia Bar No. 573004
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        E-mail: joy.odom@usdoj.gov

# CERTIFICATE OF SERVICE

I, JOY ODOM, Assistant United States Attorney, hereby certify that I emailed the within and foregoing *Motion to Unseal* with the Clerk of the Court for filing.

> PETER D. LEARY
> UNITED STATES ATTORNEY
>
> BY: */s/ Joy Odom*
> JOY ODOM
> Assistant United States Attorney
> Georgia Bar No. 573004
> United States Attorney's Office
> Middle District of Georgia
> P.O. Box 1702
> Macon, Georgia 31202
> Telephone: (478) 752-3511
> E-mail: joy.odom@usdoj.gov